United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:16-CR-17-2,3,4 |
| | § | |
| PATRICIA MADISON COPE; aka MADDY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# **O R D E R**

Pending before the Court is Defendant Malik Brown's Motion to Continue (Dkt. 95) to which Co-Defendants, Patricia Madison Cope (2) and Lincoln Dewayne Hussey (4) are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendants in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendants.

The Defendants recite that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendants' motion for continuance is **GRANTED**. A period of excludable delay shall commence from today, January 23, 2018, pursuant to 18 U.S.C. § 3161, and continue until February 26, 2018. It is further ORDERED that the scheduling order is amended as follows:

January 29, 2018　　All MOTIONS will be filed no later than this date.

February 5, 2018　　RESPONSES to motions will be filed no later than this date.

February 12, 2018　　PRETRIAL CONFERENCE
at 10:00 AM

February 26, 2018　　JURY TRIAL.
at 9:00 AM

SIGNED at Galveston, Texas, this 23rd day of January, 2018.

_____
George C. Hanks Jr.
United States District Judge